

# Fourth Court of Appeals
## San Antonio, Texas

March 26, 2021

No. 04-19-00466-CR

Scott Ralph **WHEELOCK,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B18291
Honorable Rex Emerson, Judge Presiding

# O R D E R

On September 23, 2020, this court issued an opinion affirming appellant's underlying criminal conviction in trial cause number B18-291. On November 12, 2020, this court denied appellant's motion for rehearing and/or new trial.

On December 30, 2020, appellant filed three "Motion[s] for New Trial on Enhancements" in trial cause numbers B94-15, B94-287, B94-288, B98-145, CR90-145, and B90-177. There are no appeals from any judgments arising from these trial cause numbers pending before this court. The motions are DENIED.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of March, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court